UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| VICKI DANIELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER, INC., GREENSTONE, LLC, VIATRIS INC., PRASCO, LLC, PHARMACIA LLC, PHARMACIA & UPJOHN COMPANY, LLC, and WALGREENS CO., INC.,<br><br>　　　　　Defendants. | Case No. 3-25-cv-00188 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Greenstone LLC and Viatris Inc.

Dated: February 7, 2025

Respectfully submitted,

/s/ Gary C. Pinter
GARY C. PINTER #6293560
SWANSON, MARTIN & BELL, LLP
103 W. Vandalia Street
Suite 215
Edwardsville, IL 62025
(618) 655-3131
gpinter@smbtrials.com