# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| VICKI DANIELS,<br><br>*Plaintiff*,<br><br>v.<br><br>PFIZER INC., GREENSTONE LLC, VIATRIS INC., PRASCO, LLC, PHARMACIA LLC, PHARMACIA & UPJOHN COMPANY, LLC, and WALGREENS CO., INC.,<br><br>*Defendants*. | Case No.: 3:25-cv-00188 |

## NOTICE OF APPEARANCE

John J. Snidow of Keller Postman LLC hereby enters his appearance as attorney of record for Plaintiff.

Dated: February 9, 2025

                                                                            Respectfully submitted,

                                                                            */s/ John James Snidow*

                                                                            KELLER POSTMAN LLC
                                                                            John J. Snidow
                                                                            jj.snidow@kellerpostman.com
                                                                            1101 Connecticut Avenue, N.W., Suite 1100
                                                                            Washington, D.C. 20036
                                                                            Telephone: 202-918-1123

                                                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          Respectfully submitted,

                                          */s/ John J. Snidow*